IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RONALD DEAN WOOTEN                                                                          PLAINTIFF
REG #13881-074

V.                                    NO: 2:14CV00021 JLH

USA *et al*.                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2.  The motion for summary judgment filed by Defendant USA and the Bureau of Prisons (docket entry #21) is DENIED AS MOOT.

3.  The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE